UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| WALTER CASEY, )<br>)<br>    vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social Security )<br>Administration )<br>) | Case No. 06-6077-CV-SJ-RED-SSA |

\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings in this case. Accordingly, it is hereby

**ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED**.

**IT IS SO ORDERED.**

January 28, 2008                      P. L. Brune
Date                                    Clerk


Entered on: January 30, 2008        s/ Karen Siegert
                                                (By) Deputy Clerk